# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0451

VERSUS

KENDRICK VOLTER

**JUNE 15, 2026**

---

In Re:   Kendrick Volter, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-04265.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

   **WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that on June 3, 2026, the district court granted relator's motion to quash and released relator of his bond obligation on this charge.

**EW**
**CHH**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT